[Nos. 14455-7-II; 14493-0-II.   Division Two.   September 18, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. DANIEL A. DAMON, *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. DANNY LEE KILLEN, *Appellant.*

Appeals from judgments of the Superior Court for Pacific County, Nos. 90-1-00124-3, 90-1-00126-0, Joel M. Penoyar, J., entered November 9, 1990. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, A.C.J., and Morgan, J.

[No. 14420-4-II.   Division Two.   September 18, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. ANTHONY J. JEWETT, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 83-1-00222-5, Michael G. Spencer, J., entered November 5, 1990. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander and Morgan, JJ.

[No. 14472-7-II.   Division Two.   September 18, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID H. WERSTEIN, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis County, No. 90-1-00217-3, H. John Hall, J., entered November 26, 1990. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, A.C.J., and Morgan, J.